UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JORGE CALDERON-CAMPOS,<br><br>                    Defendant. | CASE NO.  1:22-CR-0130-JLT-SKO<br><br>**ORDER RELATING CASES** |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JORGE CALDERON-CAMPOS, et al.,<br><br>                    Defendants. | OLD CASE NO. 1:22-cr-0131-ADA-BAM<br><br>NEW CASE NO. 1:22-cr-0131-JLT-SKO<br><br>**ORDER RELATING AND REASSIGNING CASES** |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>HORACIO ORTEGA-MARTINEZ,<br><br>                    Defendant. | CASE NO. 1:22-cr-0132-JLT-SKO<br><br>**ORDER RELATING CASES** |

1

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned *United States v. Jorge Calderon-Campos, et al.*, Case No. 1:22-cr-0131-ADA-BAM, is related to cases *United States v. Jorge Calderon-Campos*, Case No. 1:22-cr-0130-JLT-SKO, and *United States v. Horatio Ortega-Martinez*, Case No. 1:22-cr-0132-JLT-SKO, within the meaning of Local Rule 123(a)(3).  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the court and parties and will avoid the substantial duplication of labor if heard by different judges.  An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge and does not consolidate the matters.

Based upon this finding and pursuant to Local Rule 123(c),

1. The Court finds all three of the above captioned cases to be related.
2. The Clerk of the Court shall REASSIGN the case of *United States v. Jorge Calderon-Campos, et al.*, Case No. 1:22-cr-0131-ADA-SKO, to United States District Judge Jennifer L. Thurston and United States Magistrate Judge Sheila K. Oberto.  All future filings shall be designated "Case No. 1:22-cr-0131-JLT-SKO"; and
3. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **September 30, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

2